FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGAN COLBURN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STEELMAN AVIATION, INC. dba AIRSMART, a Delaware Corporation;<br><br>Defendant. | Case No: 2:26-cv-00178-GMN-EJY<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE AND TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that a Settlement Conference be held on December 7, 2026, before the Hon. Elayna Youchah, at a time convenient to the Court.

IT IS FURTHER STIPULATED AND AGREED that based on the scheduling of the Settlement Conference, the dispositive motion deadline will be extended up to

///

///

///

///

///





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

and including December 28, 2026. This is the first request for an extension of this deadline.

GREENBERG GROSS LLP

By: */s/ Michael A. Burnette*
JEMMA E. DUNN
MATTHEW T. HALE
MICHAEL A. BURNETTE
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Attorneys for Plaintiff

FISHER & PHILLIPS, LLP

By: */s/ Scott M. Mahoney*
Scott M. Mahoney, Esq.
Brandon A. Born, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendant

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2026